IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NATIONAL AMERICAN INSURANCE COMPANY**, an Oklahoma corporation, | ) ) ) | **CASE NO. 8:03CV281** |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER ON W&G, INC.'S MOTION FOR SUMMARY JUDGMENT ON ATTORNEY FEES** |
| **W&G, INC.**, a Nebraska corporation, **REPUBLIC WESTERN INSURANCE COMPANY**, an Arizona corporation, **COLBERG HARVESTING INC.**, a Kansas corporation, and **COLBERG TRANSPORTATION INC.**, a Kansas corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

In connection with its motion for summary judgment against National American Insurance Company ("NAICO"), Defendant W&G, Inc. ("W&G") requested that the Court award a reasonable attorney fee and expenses pursuant to Nebraska Revised Statute §44-359. NAICO has informed the Court that, without waiving any issues for appeal, it has no evidence to offer in opposition to Defendant W&G's motion for attorney fees.

The relevant statute states:

> In all cases when the beneficiary or other person entitled thereto brings an action upon any type of insurance policy . . . the court, upon rendering judgment against such company . . . shall allow the plaintiff a reasonable sum as an attorney's fee in addition to the amount of his or her recovery, to be taxed as part of the costs.

Neb. Rev. Stat. § 44-359 (Reissue 2004). The Nebraska Supreme Court has construed this statute to permit an award of attorney fees to an insured who prevails in a disputed coverage action brought by an insurer. *See State Farm Mut. Auto Ins. Co. v. Selders*, 202 N.W.2d 625, 626 (1972). At least one previous decision of this Court has recognized

*Selders* and observed that there are no obstacles to this Court awarding attorney fees and expenses pursuant to Neb. Rev. Stat. §44-359 to a prevailing insured in a declaratory judgment action. *See Paxton & Vierling Steel Co. v. Great American Ins. Co.,* 497 F.Supp. 573, 582 (D. Neb. 1980).

I have reviewed the Affidavit of Jefferson Downing and its attachments (Filing No. 66), which are unchallenged by the Plaintiff. I find that the request for attorney fees and expenses is reasonable. Accordingly, W&G's motion for summary judgment as to attorney fees is granted, and the Court concludes that NAICO shall pay to W&G $10,211.63 in fees and expenses.

IT IS ORDERED:

The Motion for Summary Judgment filed by Defendant W&G, Inc. (Filing No. 36) as to the award of attorney's fees is granted.

Dated this 25th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge