IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL AMERICAN INSURANCE COMPANY, an Oklahoma corporation, | ) ) ) | CASE NO. 8:03CV281 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER OF DISMISSAL |
| W&G, INC., a Nebraska corporation, REPUBLIC WESTERN INSURANCE COMPANY, an Arizona corporation, COLBERG HARVESTING INC., a Kansas corporation, and COLBERG TRANSPORTATION INC., a Kansas corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation of Dismissal (Filing No. 80). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1)   The Stipulation of Dismissal (Filing No. 80) is approved and the relief sought therein is granted;

2)   All claims, counterclaims, and cross-claims in this action are hereby dismissed with prejudice; and

3)   Each party will pay its own costs and attorneys' fees.

DATED this 27th day of April, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge